# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**921.2**
**CAE 15-01445**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, AND PERADOTTO, JJ.

---

IN THE MATTER OF FRANK VESCERA,
PETITIONER-APPELLANT,

            V                                       ORDER

JORDAN KARP AND ROSE GRIMALDI, COMMISSIONERS OF
ONEIDA COUNTY BOARD OF ELECTIONS, AND ROSE ANN
CONVERTINO, RESPONDENTS-RESPONDENTS.
(APPEAL NO. 2.)

---

RICHARD E. KAPLAN, UTICA, FOR PETITIONER-APPELLANT.

DAVID G. GOLDBAS, UTICA, FOR RESPONDENT-RESPONDENT ROSE ANN
CONVERTINO.

---------------------------------------------------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Oneida County (Patrick
F. MacRae, J.), entered August 24, 2015 in a proceeding pursuant to
the Election Law.  The order dismissed the petition with prejudice.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in *Matter of
Vescera v Karp* ([appeal No. 1] ___ AD3d ___ [Sept. 8, 2015]).

Entered:  September 8, 2015                Frances E. Cafarell
                                            Clerk of the Court